[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-11484

_____

D.C.   Docket No. 1:14-cr-20349-RNS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIE LUCIE TONDREAU,
a.k.a. Lucie Tondreau,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 27, 2016)

Before HULL and MARTIN, Circuit Judges, and WRIGHT,[*] District Judge.

PER CURIAM:

_____

[*]Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, sitting by designation.

Marie Lucie Tondreau appeals her convictions and sentences for one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and four counts of wire fraud, in violation of 18 U.S.C. § § 1342 and 1343.   Regarding her conviction, Tondreau argues that the district court erred in denying her motions for judgment of acquittal and that the district court committed cumulative evidentiary errors, warranting reversal.   As to her sentence, Tondreau contends that the district court erred in imposing a two-level mass-marketing enhancement under U.S.S.G. § 2B1.1(b)(2)(A)(ii) and erred in declining to apply a two-point downward adjustment under § 3B1.2 for a minor role in the offense.    After review and oral argument, we find no reversible error.

**AFFIRMED.**